JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLEISTON ANDRADE,**<br><br>                                        Plaintiff,<br><br>         v.<br><br>**RALPH DIAZ, et al,**<br><br>                                        Defendants. | Case No. 5:20-cv-00137 FMO-JC<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Having read and considered the parties' stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. This action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: ____April 25, 2022_____        ____/s/_____
                                                                          Honorable Fernando M. Olguin
                                                                          U.S. DISTRICT JUDGE